UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCOTT,<br><br>          Plaintiff,<br><br>v.<br><br>TRUEACCORD CORP.,<br><br>          Defendant. | Case No. 2:22-cv-08254-SB-AFM<br><br>ORDER TO SHOW CAUSE RE: SANCTIONS |

     This case is set for an in-person status conference on March 17, 2023 at 8:30 a.m. in Courtroom 6C.  The Court ordered the parties to file either a notice of settlement or a joint status report on their efforts to resolve this matter by 8:00 a.m. today.  Dkt. No. 16.  They have done neither.  Accordingly, both parties are ORDERED to show cause at the conference tomorrow why they should not be subject to sanctions, including monetary sanctions, for their failure to follow the Court's order.  The parties shall promptly file their overdue joint status report.

     IT IS SO ORDERED.


Date: March 16, 2023

                                                  Stanley Blumenfeld, Jr.
                                                  United States District Judge